### BOARD OF EDUCATION *v.* MAPES.

*(Supreme Court, General Term, Second Department.* June 25, 1888.)

Motion for reargument.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*Martin J. Keogh,* for appellant. *H. C. Henderson,* for respondent.

BARNARD, P. J. There is no case made for a reargument. The defendant was a broker, and as such had purchased a site for a school, at the request of the plaintiff. The plaintiff had paid the fee, and subsequently brought this action to recover it back. The court, at the trial term, ordered judgment for the plaintiff, upon the ground that the defendant was employed by a committee of the plaintiff, and that therefore the plaintiff had no power to pay the broker's commission. We thought that the employment was sufficient, and that, if the plaintiff had power of employment of a broker, it had the power to adopt a valuable service, even if irregularly obtained, and pay for it. The case is not of sufficient importance, either in the amount, which is small, or in principle at issue, to go to the court of appeals. The motion is therefore denied, with $10 costs. All concur.

---

### PEOPLE *ex rel.* BENNETT, Supervisor, *v.* BOARD OF SUPERVISORS.

*(Supreme Court, General Term, Fifth Department.* October 19, 1888.)

*Certiorari* on the relation of John P. Bennett, town supervisor, to review the proceedings of the board of supervisors of Wayne county, in equalizing assessments. This case was heard with and follows *People* v. *Board of Supervisors,* 2 N. Y. Supp. 555.

Argued before HAIGHT, BRADLEY, and DWIGHT, JJ.

*J. W. Dunwell,* for relator. *C. H. Roys,* for respondent.

No opinion. *Certiorari* quashed without costs to either party. All concur.

---

### PEOPLE *ex rel.* GRAHAM, Supervisor, *v.* BOARD OF SUPERVISORS.

*(Supreme Court, General Term, Fifth Department.* October 19, 1888.)

*Certiorari* on the relation of Alexander Graham, to review the proceedings of the board of supervisors of Wayne county in equalizing assessments. This case was heard with and follows *People* v. *Board of Supervisors,* 2 N. Y. Supp. 555.

Argued before HAIGHT, BRADLEY, and DWIGHT, JJ.

*J. W. Dunwell,* for relator. *C. H. Roys,* for respondent.

No opinion. *Certiorari* quashed without costs to either party. All concur.

---

### WINGATE *v.* LIPSEY GAS-BURNER CO. *et al.*

*(Supreme Court, General Term, Second Department.* May 14, 1888.)

Argued before BARNARD, P. J., and DYKMAN, J.

*Daniel S. Remsen,* for appellant, E. P. Gleason Manufacturing Company. *Augustus A. Levy,* for respondent Wingate. *Edgar J. Levy,* for respondent Lipsey Gas-Burner Company.

No opinion. Motion granted.